# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Smith, Jr., Milan D | **2. Court or Organization**<br><br>Ninth Circuit | **3. Date of Report**<br><br>04/21/2008 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Judge | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>**5b.** ☐   Amended Report | **6. Reporting Period**<br><br>01/01/2007<br>to<br>12/31/2007 |
| **7. Chambers or Office Address**<br><br>United States Court of Appeals<br>Suite 2325, 222 N Sepulveda Bl<br>El Segundo, California 90245 | **8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.**<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Liquidating Partner from 1-1-07 to 12-20-07 | Smith Crane Robinson & Parker LLP, in dissolution-See Part VIII |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1998 | Smith Crane Robinson & Parker LLP. Partnership dissolved and ceased doing business effective 6-30-06. Filer received final net distributions in 2007. |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D | 04/21/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2007 | Smith Crane Robinson & Parker LLP-Final distributions, earned prior to entering on duty | $ 25,203 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | Self employed attorney |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D | 04/21/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D | 04/21/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Alltel Corp (Del) | A | Dividend | | | Sell | 8/29 | J | A | |
| 2. Alltel Corp (Del) | | None | | | Sell | 11/16 | J | A | |
| 3. General Electric Co. | A | Dividend | J | T | Sell-Part | 4/2 | J | A | |
| 4. Johnson & Johnson | B | Dividend | L | T | | | | | |
| 5. Microsoft Corporation | A | Dividend | K | T | Sell-Part | 4/20 | K | D | |
| 6. Blackrock CA Ins Muni 2008 | B | Dividend | L | T | Buy | 7/18 | K | | |
| 7. Blackrock CA Ins Muni 2008 | | None | | | Buy | 7/19 | J | | |
| 8. Blackrock CA Ins Muni 2008 | | None | | | Sell-part | 12/28 | K | B | |
| 9. Coca-Cola Company | A | Dividend | K | T | Sell-part | 4/12 | J | A | |
| 10. Federated Automated XXX Cash Mgmt Trust-SS | D | Dividend | N | T | | | | | |
| 11. Intuitive Surgical Inc. | | None | K | T | Sell-part | 8/29 | J | C | |
| 12. McCormick and Schmicks Seafood Restaurants Inc. | | None | | | Sell | 5/11 | J | D | |
| 13. McCormick and Schmicks Seafood Restaurants Inc. | | None | | | Sell | 11/8 | J | B | |
| 14. Somanetics Corp New | | None | J | T | | | | | |
| 15. Putnam High Income Bond Fund | | None | J | T | | | | | |
| 16. Kinder Morgan Energy Partners LP Unit Ltd Partnershihp | B | Dividend | K | T | | | | | |
| 17. American Tower Corp CL A | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D | 04/21/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Constellation Brands, Inc Cl A | | None | K | T | Sell-part | 4/20 | J | D | |
| 19. Constellation Energy Group | A | Dividend | K | T | Sell-part | 5/14 | J | D | |
| 20. Constellation Energy Group | | None | | | Sell | 8/29 | J | B | |
| 21. Devon Energy Corp New | A | Dividend | K | T | | | | | |
| 22. Fortune Brands Inc. | A | Dividend | K | T | Sell-part | 4/20 | J | D | |
| 23. Intl Game Technology | A | Dividend | K | T | | | | | |
| 24. L 3 Communications Corp | A | Dividend | K | T | Sell-part | 8/29 | J | B | |
| 25. Pepsico Incorporated | A | Dividend | K | T | Sell-part | 8/29 | J | B | |
| 26. Time Warner Inc. | A | Dividend | J | T | | | | | |
| 27. Whole Foods Mkt Inc. | B | Dividend | | | Sell | 8/29 | K | D | |
| 28. Canadian Natl Ry Co. | A | Dividend | K | T | Sell-part | 9/19 | J | C | |
| 29. Koninklijke Philips Electrs NV (New) | A | Dividend | K | T | Sell-part | 8/29 | J | B | |
| 30. Nabors Industries Ltd. | | None | | | Sell | 7/25 | K | D | |
| 31. Teco Energy Inc. | B | Dividend | K | T | | | | | |
| 32. Boeing Co | A | Dividend | J | T | | | | | |
| 33. Walt Disney Co | A | Dividend | | | Sell | 4/20 | K | D | |
| 34. Intel Corp | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D | 04/21/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Mellon Finl Corp (PA) | A | Dividend | K | T | | | | | |
| 36. Templeton Growth Fund Class A | D | Dividend | M | T | | | | | |
| 37. Fidelity Adv High Sac Muni Port | A | Dividend | J | T | | | | | |
| 38. First Colony Life Policy | | None | J | T | | | | | |
| 39. Aetna Life Policy | | None | K | T | | | | | |
| 40. Sprint Nextel Corp | A | Dividend | J | T | Sell-part | 8/3 | K | C | |
| 41. California Pizza Kitchen | | None | J | T | | | | | |
| 42. Quanta SVCS Inc | | None | K | T | Sell-part | 5/14 | J | B | |
| 43. Quanta SVCS Inc | | None | | | Sell-part | 5/24 | J | B | |
| 44. Encana Corp | A | Dividend | K | T | | | | | |
| 45. Petrochina Company Ltd Adr Shs Ser H | A | Dividend | J | T | Sell-part | 10/16 | J | D | |
| 46. Ishares Tr Us Treas Infl Protection Secs FD | A | Dividend | | | Sell | 5/14 | J | A | |
| 47. Ishares Tr Us Treas Infl Protection Secs FD | | None | | | Sell | 6/15 | K | A | |
| 48. Ameritech Cap Fdg Corp 6.150 1/15/08 | A | Interest | | | Sell | 3/23 | J | A | |
| 49. CIT Group Inc 4.300 2/15/07 | | None | | | Redemption | 2/15 | J | | |
| 50. CNA Financial Corp 6.6000 12/15/08 | A | Interest | J | T | | | | | |
| 51. Credit Suisse FB USA Inc. 5.750 4/15/07 | A | Interest | | | Redemption | 4/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D | 04/21/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. DaimlerChrysler NA Hldg 7.200 9/1/09 | A | Interest | | | Sell | 4/16 | J | A | |
| 53. Dow Chemical Company 5.750 12/15/12 | A | Interest | J | T | | | | | |
| 54. Dow Chemical Company 5.3000 3/15/13 | A | Interest | J | T | | | | | |
| 55. Franklin Universal Trust | C | Interest | L | T | Sell-part | 6/15 | J | B | |
| 56. General Electric Cap Corp 8.125 5/15/12 | A | Interest | J | T | | | | | |
| 57. General Electric Cap Corp 4.000 4/15/10 | A | Interest | J | T | | | | | |
| 58. Goldman Sachs 5.250 10/15/13 | A | Interest | J | T | | | | | |
| 59. Hartford Life 4.500 6/15/12 | A | Interest | J | T | | | | | |
| 60. Household Fin Corp 5.000 11/15/07 | A | Interest | | | Redemption | 11/15 | J | | |
| 61. Household Fin Corp 5.875 2/1/09 | A | Interest | J | T | | | | | |
| 62. Intl Lease Fin Corp 4.375 11/1/09 | A | Interest | J | T | | | | | |
| 63. Intl Lease Fin Corp 4.200 2/15/10 | A | Interest | J | T | | | | | |
| 64. John Hancock Life Ins Co 4.150 2/15/12 | A | Interest | J | T | | | | | |
| 65. La Salle Fndg LLC Multi 3.000 1/15/11 | A | Interest | J | T | | | | | |
| 66. McDonald's Corp 6.000 4/15/11 | A | Interest | J | T | | | | | |
| 67. MFS Charter Income Trust | B | Dividend | L | T | Sell-part | 5/14 | J | A | |
| 68. MFS Charter income Trust | | None | | | Sell-part | 12/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,00! ∙ $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D | 04/21/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. MFS Govt Markets Income | B | Dividend | | | Sell | 9/19 | J | A | |
| 70. MFS Govt Markets | | None | | | Sell | 9/27 | K | B | |
| 71. MFS Intermediate Income Trust | B | Dividend | L | T | Buy | 5/14 | J | | |
| 72. Motorola Inc. 7.625 11/15/10 | A | Interest | J | T | | | | | |
| 73. National Rural Utilities 4.125 2/15/11 | A | Interest | J | T | | | | | |
| 74. New York Tel Co. 7.000 6/15/13 | A | Interest | J | T | | | | | |
| 75. Putnam Master Intrmd Income Tr | B | Dividend | K | T | Sell-part | 6/18 | J | A | |
| 76. Putnam Master Intrmd Income Tr | | None | | | Sell-part | 7/18 | J | A | |
| 77. Putnam Master Intrmd Income Tr | | None | | | Sell-part | 8/29 | J | A | |
| 78. TRW Med Term Sr Notes Cpn 6.30% Due 5/15/08 | A | Interest | J | T | | | | | |
| 79. Ford Motor Credit Co 7.875 6/15/10 | A | Interest | | | Sell | 8/27 | J | | |
| 80. Ford Motor Credit Co 7.250 10/25/11 | A | Interest | | | Sell | 8/27 | J | | |
| 81. Ford Motor Credit Co 5.625 10/1/08 | A | Interest | | | Sell | 8/27 | J | | |
| 82. General Motors Accp Corp 6.125 11/15/08 | A | Interest | J | T | | | | | |
| 83. General Motors Accp Corp 5.400 2/15/08 | A | Interest | | | Sell | 8/27 | J | | |
| 84. General Motors Accp Corp 5.625 5/15/09 | A | Interest | J | T | | | | | |
| 85. General Motors Accp Corp 5.500 7/15/07 | A | Interest | | | Redemption | 7/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D | 04/21/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. JC Penney & Co 6.500 12/15/07 | A | Interest | | | Redemption | 12/17 | J | | |
| 87. Teco Energy Inc 7.200 5/1/11 | A | Interest | J | T | | | | | |
| 88. Solomon 2008 World Term Trust | B | Interest | | | Sell | 7/16 | J | | |
| 89. Anaheim CA Pub Fing Auth 5.000 10/1/10 | A | Interest | J | T | | | | | |
| 90. California St Trans Dept 0.000% 3/1/08 | A | Interest | J | T | | | | | |
| 91. California St Go 5.000 11/1/07 | A | Interest | | | Redemption | 11/1 | J | | |
| 92. California St Pub Wks Brd Lease Rev Cap 9/1/07 | A | Interest | J | T | | | | | |
| 93. East Bay Calif Mun Util 4.800 6/1/-8 | A | Interest | J | T | | | | | |
| 94. Las Vegas-Clark Cnty NV 2.750 6/1/07 | A | Interest | | | Redemption | 6/1 | K | | |
| 95. Los Angeles Cnty Calif 6.900 6/30/08 | A | Interest | J | T | | | | | |
| 96. Municipal Advantage FD Inc. | A | Int./Div. | L | T | | | | | |
| 97. Parlier Calif Redev Agy 4.650% 8/1/10 | A | Interest | J | T | | | | | |
| 98. Pasadena CA Electric 5.000 8/1/09 RFD Bonds | A | Interest | J | T | | | | | |
| 99. Putnam CA Inv Grade Muni-Com | B | Int./Div. | | | Sell | 4/16 | K | B | |
| 100. Sacramento CA Mun Rev 5.250 8/15/09 | A | Interest | K | T | | | | | |
| 101. Franklin Income Class A | C | Int./Div. | L | T | | | | | |
| 102. Enterprise Prods Partners LP | B | Distribution | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D | 04/21/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Kinder Morgan Energy | B | Distribution | K | T | | | | | |
| 104. Oneok Inc New | A | Dividend | K | T | Sell-part | 5/24 | J | C | |
| 105. Active Power Inc. | | None | | | Sell | 5/14 | J | | |
| 106. Spectranetics Corp. | | None | | | Sell | 5/24 | J | | |
| 107. Mississippi St. Go 5.250 07/01/08 | B | Interest | K | T | | | | | |
| 108. Franklin Low Duration Total Return CL | B | Interest | L | T | | | | | |
| 109. Franklin/Templeton Hard Cur Cl A | B | Int./Div. | L | T | | | | | |
| 110. Russell Money Market S | C | Dividend | K | T | Sell-part | 6/27 | M | | |
| 111. Russell Money Market S | | None | | | Sell-part | 7/20 | K | | |
| 112. Templeton Global Bond Fd A | C | Interest | L | T | | | | | |
| 113. Century Tel., Inc. Cpn 5.000% Due 2/15/15 | A | Interest | J | T | | | | | |
| 114. CIT Group, Inc. Sr Unsecured Notes 6.00% 3/15/16 | B | Interest | K | T | | | | | |
| 115. Countrywide Fin Cpn 4.000% due 7/28/15 | A | Interest | J | T | | | | | |
| 116. Dean Witter Discover Odd Cpn Med Term Notes 7.07% 2/10/14 | A | Interest | J | T | | | | | |
| 117. Dow Chemical Co Internotes Mtn B/E Sr Notes | A | Interest | J | T | | | | | |
| 118. IBM Corp Internotes Mts. B/E Cpn 5.00% Due 11/15/14 | A | Interest | J | T | | | | | |
| 119. John Hancock Life Ins Co Sr. Uns 4.15% Due 2/15/12 | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D | 04/21/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Motorola Inc. Notes call @market+25 BP | A | Interest | J | T | | | | | |
| 121. Gabelli Glbl Util Inc Tr | C | Int./Div. | L | T | Sell-part | 8/28 | J | | |
| 122. Gabelli Glbl Util Inc Tr | | None | | | Sell-part | 8/29 | J | | |
| 123. Tamarack Invt Fds Prime | D | Dividend | M | T | | | | | |
| 124. Templeton Global Bond A | C | Dividend | L | T | | | | | |
| 125. Western Asset Bros 2008 WW & Gvt Tr | C | Int./Div. | K | T | Sell-part | 6/18 | J | | |
| 126. Alliance Bernstein Holding LP | | None | | | Sell | 8/29 | J | | |
| 127. CIT Group Inc. Intemotes Cpn 6.000% due 3/15/16 | | None | | | Sell | 8/29 | J | | |
| 128. Particle Drilling Technology | A | Int./Div. | | | Sell | 5/17 | J | | |
| 129. Reddy Ice Holdings Inc | A | Interest | K | T | | | | | |
| 130. Ameritech Cap Fdg Corp NT B/E Con 6.150% Due 1/15/08 | A | Interest | J | T | | | | | |
| 131. Boeing Co. Global Notes Cpn 5.125% Due 2/15/13 | A | Int./Div. | J | T | | | | | |
| 132. LA Calif Uni Sch Dist Cpn 5.50% Due 7/1/17 | A | Interest | J | T | | | | | |
| 133. Genzyme Corp Gen Div | | None | K | T | | | | | |
| 134. Dean Witter Discover Co Med Term Notes Cpn 7.07% Due 2/10/14 | A | Int./Div. | J | T | | | | | |
| 135. Daimler Chrysler N/P Hldg Global Note Cpn 7.20% Due 9/1/09 | A | Int./Div. | J | T | | | | | |
| 136. CA St Dept Trans Par East Bay State Rev B/E 4.67% Due 3/1/10 | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D | 04/21/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.  Fidelity Adv Freedom 2010 Fd Cl A | A | Int./Div. | J | T | Buy | 7/5 | J | | |
| 138.  Fidelity Adv Freedom 2010 Fd C1A | | None | | | Buy | 7/18 | J | | |
| 139.  Fidelity Adv Freedom 2010 Fd Cl A | | None | | | Buy | 12/31 | J | | |
| 140.  GTE Cal Deb B/E Cpn 7.00% Due 5/1/08 | A | Interest | J | T | | | | | |
| 141.  Gen Mtrs Accept Corp Smart Notes Med Term | | None | J | T | | | | | |
| 142.  Embarq Corp | A | Int./Div. | J | T | | | | | |
| 143.  Cisco Systems Inc. | | None | J | T | | | | | |
| 144.  Medcohealth Solutions | | None | J | T | | | | | |
| 145.  Merck & Co. Inc. | | None | J | T | Sell-part | 4/12 | J | A | |
| 146.  International Business Machines | A | Dividend | J | T | | | | | |
| 147.  Marriott Int Inc Class A | A | Dividend | J | T | | | | | |
| 148.  Wal Mart Stores Inc. | A | Dividend | | | Sell | 4/12 | J | A | |
| 149.  Wachovia Sec Bank Deposit Sweep Option | | None | | | Sell | 3/22 | N | | |
| 150.  The Growth Fund of America-R2 | | None | | | Sell | 8/31 | L | | |
| 151.  The Bond Fund of America-R2 | | None | | | Sell | 8/31 | K | | |
| 152.  Fidelity Adv. Muni Inc-T | B | Int./Div. | K | T | | | | | |
| 153.  Medtronic Inc | A | Dividend | J | T | Buy | 4/12 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D | 04/21/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. UltraShort S & P 500 ProShares | A | Interest | | | Buy | 8/8 | L | | |
| 155. UltraShort S & P 500 ProShares | | None | | | Sell | 8/25 | L | | |
| 156. Health Care Select Sect SPDR FD | | None | K | T | Buy | 11/27 | K | | |
| 157. Powershares Wilderhill Clean Energy | | None | K | T | Buy | 6/27 | K | | |
| 158. Sector Spar Tr SHS Ben Int Consumer Staples | | None | K | T | Buy | 11/27 | K | | |
| 159. UltraShort Midcap 400 Proshare | A | Interest | L | T | Buy | 8/23 | L | | |
| 160. UltraShort Midcap 400 Proshare | | None | | | Buy | 9/25 | L | | |
| 161. UltraShort Midcap 400 Proshare | | None | | | Sell-part | 9/19 | L | | |
| 162. Ultrashort Russell 2000 Reg | | None | K | T | Buy | 9/19 | K | | |
| 163. Rydex Inverse High Yield Strategy CL H | | None | L | T | Buy | 8/23 | K | | |
| 164. Rydex Inverse High Yield Strategy CL H | | None | | | Buy | 9/17 | K | | |
| 165. Powershares GLBL WTR PTFL | | None | | | Buy | 6/26 | K | | |
| 166. Powershares GLBL WTR PTFL | | None | | | Sell | 8/29 | K | | |
| 167. Powershares Dyn Consumer Staples Sect PTFL | | None | | | Buy | 6/29 | K | | |
| 168. Powershares Dyn Consumer Staples Sect PTFL | | None | | | Sell | 8/28 | J | | |
| 169. Powershares Dyn Consumer Staples Sect PTFL | | None | | | Sell | 8/29 | K | | |
| 170. Ultrashort Smallcap 600 Proshares ETF | A | Interest | | | Buy | 8/28 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D | 04/21/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Ultrashort Smallcap 600 Proshares ETF | | None | | | Sell | 11/30 | K | B | |
| 172. Pimco Mun Adv Inc | B | Interest | | | Buy | 9/17 | J | | |
| 173. Pimco Mun Adv Inc | | None | | | Buy | 9/19 | K | | |
| 174. Pimco Mun Adv Inc | | None | | | Sell | 9/17 | K | | |
| 175. MBIA/Claymore MGD Dura Inv Grd Muni Fd | A | Interest | K | T | Buy | 9/17 | K | | |
| 176. Los Angeles CA USD GO B/E 7-1-09 | A | Interest | K | T | Buy | 2/15 | K | | |
| 177. Schwab CA Muni Fund | B | Int./Div. | J | T | Buy | 1/3 | K | | |
| 178. Schwab CA Muni Fund | | None | | | Buy | 12/27 | M | | |
| 179. Schwab CA Muni Fund | | None | | | Sell | 12/31 | M | | |
| 180. Proctor & Gamble | | None | | | Buy | 1/3 | J | | |
| 181. Proctor & Gamble | | None | | | Sell | 4/12 | J | | |
| 182. Southwest Airlines | | None | | | Buy | 1/3 | J | | |
| 183. Southwest Airlines | | None | | | Sell | 4/12 | J | | |
| 184. Schwab Money Mark Fd | A | Dividend | K | T | Buy | 1/3 | K | | |
| 185. Schwab Money Mark Fd | | None | | | Sell | 12/31 | K | | |
| 186. Tamarack Instl Prime Fd | D | Int./Div. | N | T | Buy | 4/12 | N | | |
| 187. Bank of NY Mellon Corp | A | Int./Div. | J | T | Buy | 3/22 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART I

Filer entered on duty as a circuit judge on June 30, 2006. Prior to that date, filer practiced law as the managing partner of Smith Crane Robinson & Parker LLP (SCRP). SCRP ceased doing business effective as of June 29, 2006 and entered into a state of dissolution on June 30, 2006. As liquidating partner of SCRP, filer remained responsible during reporting period for collection of obligations due SCRP and payment of debts owed by SCRP. That function ended as of October 31, 2007 and SCRP's final tax return was signed and mailed for filing on December 20, 2007. Filer received no compensation for performance of his duties as liquidating partner of SCRP, and those duties ceased as of December 20, 2007.

Part III

All income shown in Part III was earned prior to 6-30-06, but the net portion thereof was received in 2007.

Part VII

Blackrock Ins Muni 2008 shown on line 119 of filer's 2006 report was duplicative of the same security shown on line 14 of the 2006 report.

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Jr., Milan D | 04/21/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544